# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:18MJ9021 |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE WILLIAM H. |
| | : | BAUGMAN, JR. |
| vs. | : | |
| DAVID RICHARDS, | : | **NOTICE OF APPEARANCE** |
| | : | **OF COUNSEL** |
| Defendant. | : | |

Undersigned counsel, Jeffrey B. Lazarus, enters a Notice of Appearance of Counsel on behalf of  David Richards in the above-captioned case.  Please add Jeffrey Lazarus to the docket as lead counsel for Mr. Richards, and remove Darin Thompson as lead counsel and from receiving any further ECF notices.

.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Jeffrey B. Lazarus*
JEFFREY B. LAZARUS
Assistant Federal Public Defender
Ohio Bar: 0079525
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216)522-4856   Fax:(216)522-4321
E-mail: jeffrey_lazarus@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2018, a copy of the foregoing <u>Notice of Appearance of Counsel</u> was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                        */s/ Jeffrey B. Lazarus*
                                        JEFFREY B. LAZARUS
                                        Assistant Federal Public Defender