**FILED**

**FEB 27 2018**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | <u>WAIVER OF DETENTION</u> |
| | ) | <u>HEARING AND ORDER</u> |
| v. | ) | |
| | ) | Case No. 1:18 MJ 9021(WHB) |
| DAVID RICHARDS | ) | |

DAVID RICHARDS, the above-named defendant, who is accused of violating Title 18 United States Code, Section 2252A(a)(5)(B), being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. § 3142. The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal.

_____  2/26/18
Defendant

_____
Counsel for Defendant

APPROVED AND ORDERED:

_____
United States Magistrate Judge

2-27-18
_____
Date