AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio, Eastern Division

FILED
FEB 27 2018
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Richards | ) Case No. 1:18 MJ 9021 (WHB) |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 2/26/18

_____
Defendant's signature

_____
Signature of defendant's attorney

Jeff Lazarus, Ohio 79525
Printed name and bar number of defendant's attorney

1660 W.2M St. #750
Address of defendant's attorney

jeffrey_lazarus@fd.org
E-mail address of defendant's attorney

216-861-3897
Telephone number of defendant's attorney

216-522-4856
FAX number of defendant's attorney